No. 81–1548.  VASQUEZ *v.* MCALLEN BAG & SUPPLY CO. C. A. 5th Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.

No. 81–1895.  BRONZE SHIELDS, INC., ET AL. *v.* NEW JERSEY DEPARTMENT OF CIVIL SERVICE ET AL.; and HOWARD ET AL. *v.* NEW JERSEY DEPARTMENT OF CIVIL SERVICE ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.

No. 81–5578.  BREWER *v.* INDIANA.  Sup. Ct. Ind.;
No. 81–5731.  HYMAN *v.* SOUTH CAROLINA.  Sup. Ct. S. C.; and
No. 81–6606.  FRANCOIS *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

JULY 6, 1982

No. 92, Orig.  ARKANSAS *v.* MISSISSIPPI.  Motion for leave to file a counterclaim referred to the Special Master. [For earlier order herein, see, *e. g.*, *ante*, p. 1119.]

AUGUST 5, 1982

No. 81–1888.  MORGAN DRIVE AWAY, INC., ET AL. *v.* SAMFORD ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 53.